IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**SANDRA D. DEAN**                                                               **PLAINTIFF**

v.                                                      CAUSE NO. 1:21CV345-LG-RHWR

**WAL-MART SUPERCENTER,
#1346; WAL-MART STORES EAST
LP; and JOHN DOES 1-5**                                                   **DEFENDANTS**

### ORDER GRANTING JOINT AND UNOPPOSED MOTION TO DISMISS AND MOOTING MOTION FOR SUMMARY JUDGMENT

**BEFORE THE COURT** are the [29] Joint and Unopposed Motion to Dismiss filed by the plaintiff, Sandra D. Dean, and the defendant, Wal-Mart Stores East LP, as well as the [26] Motion for Summary Judgment filed by Wal-Mart Stores East LP.  The plaintiff has advised the Court that she no longer wishes to pursue her claims, and the parties have filed the present Joint Motion seeking dismissal of this lawsuit in its entirety with prejudice.  After reviewing the submissions of the parties, the record in this matter, and the applicable law, the Court finds that the Motion to Dismiss should be granted, and the Motion for Summary Judgment is moot.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the [29] Joint and Unopposed Motion to Dismiss filed by Sandra D. Dean and Wal-Mart Stores East LP, is **GRANTED** and the [26] Motion for Summary Judgment filed by Wal-Mart Stores East LP, is **MOOT**.  This lawsuit is hereby **DISMISSED WITH PREJUDICE** as to all parties and claims.

**SO ORDERED AND ADJUDGED** this the 26th day of May, 2022.

                                                     s/ *Louis Guirola, Jr.*
                                                     Louis Guirola, Jr.
                                                     United States District Judge